UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HEATH WILLIAMSON,<br>*Plaintiff* | § § § | |
| v. | § § | CIVIL NO. A-19-CV-00869-LY |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9,<br>*Defendant* | § § § § § § | |

## O R D E R

On September 10, 2019, the District Court referred this case to the undersigned Magistrate Judge for resolution and Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").

On October 2, 2019, the parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice asking the Court to dismiss all claims in this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 6. Accordingly, the undersigned **HEREBY REMOVES** this case from the Magistrate's Court's docket and **RETURNS** it to the District Court's docket.

**SIGNED** on October 3, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE